DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Baker v. Charlotte Motor Speedway, Inc.<br><br>Case below:<br>180 N.C. App. 296 | No. 642P06 | Plt-Appellant's (Walter E. Sudderth) PDR (COA05-1618) | Denied 06/27/07<br><br>**Martin, J., Recused** |
| Baldwin v. Century Care Ctr., Inc.<br><br>Case below:<br>180 N.C. App. 475 | No. 626P06 | 1. Plt's Motion for Temporary Stay (COA06-380)<br><br>2. Plt's Petition for Writ of Supersedeas<br><br>3. Plt's PDR Under N.C.G.S. § 7A-31 | 1. Denied 01/09/07<br><br>2. Denied 06/27/07<br><br>3. Denied 06/27/07 |
| Bowling v. Margaret R. Pardee Mem'l Hosp.<br><br>Case below:<br>179 N.C. App. 815 | No. 588P06 | 1. Plt's NOA Based Upon a Constitutional Question (COA05-1497)<br><br>2. Def's Motion to Dismiss Appeal<br><br>3. Plt's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 06/27/07<br><br>3. Denied 06/27/07 |
| Bradley v. Mission St. Joseph's Health Sys.<br><br>Case below:<br>180 N.C. App. 592 | No. 025PA07 | Def's (Mission Hospitals, Inc.) Motion to Withdraw PDR (COA06-100) | Allowed 06/27/07 |
| Burgin v. Owen<br><br>Case below:<br>181 N.C. App. 511 | No. 189P07 | 1. Plt's NOA (Dissent) (COA06-450)<br><br>2. Plt's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed 05/18/07<br><br>2. Dismissed 05/18/07 |
| Cabarrus Cty. v. Systel Bus. Equip. Co.<br><br>Case below:<br>180 N.C. App. 690 | No. 051P07 | Def and Third-Party Plt's (Systel) PDR Under N.C.G.S. 7A-31 (COA06-250 & COA06-425) | Denied 06/27/07<br><br>**Brady, J., Recused** |